1  **MICHAEL ARATA, ESQ.**
   Nevada Bar No. 11902
2  E-mail: marata@hkm.com
   **HKM EMPLOYMENT ATTORNEYS LLP**
3  101 Convention Center Dr., Suite 600
4  Las Vegas, Nevada 89109
   Tel: (702) 577-3029
5  Fax: (702) 577-3029
   *Attorneys for Plaintiff*
6

7
                    **UNITED STATES DISTRICT COURT**
8                         **DISTRICT OF NEVADA**

9  | YEREMIA NAKHAIMA, an Individual, | CASE NO.: 2:25-cv-01470-MMD-MDC |
10 | | |
   | Plaintiff, | |
11 | | **STIPULATION AND ORDER TO** |
   | vs. | **EXTEND TIME FOR DEFENDANT** |
12 | | **CSAA INSURANCE SERVICES, INC.** |
   | CSAA INSURANCE SERVICES, INC., a | **TO RESPOND TO PLAINTIFF** |
13 | Foreign Corporation, | **YEREMIA NAKHAIMA'S** |
14 | | **COMPLAINT** |
15 | | **(FIRST REQUEST)** |
   | Defendant. | |
16

17       Pursuant to Local Rule IA 6-1, Plaintiff YEREMIA NAKHAIMA ("Plaintiff") and
18 Defendant CSAA INSURANCE SERVICES, INC. ("Defendant" and with Plaintiff, the
19 "Parties"), by and through their attorneys of record in this case, hereby stipulate and agree as
20 follows:
21
       1.    WHEREAS, on August 11, 2025, Plaintiff filed a Complaint against Defendant
22 [ECF No. 1];
23
       2.    WHEREAS, Plaintiff served Defendant with the Complaint on August 14, 2025;
24
       3.    WHEREAS, Defendant's deadline to respond to the Complaint is September 4,
25
   2025;
26

27

28
                              Page **1** of **3**

4. WHEREAS, counsel for Defendant asserts the Parties' entered an arbitration agreement and the Parties' need additional time to confirm the existence of a valid arbitration agreement and prepare a stipulation regarding the same, if necessary;

5. WHEREAS, Good cause exists to extend the deadline for Defendant to respond to Plaintiff's Complaint, and such extension will not impact any other deadlines or schedule for this case;

6. WHEREAS, this is the Parties first stipulation for extension of time to respond to the Complaint;

7. NOW, THEREFORE, subject to Court approval, it is HEREBY STIPULATED by and between Plaintiff and Defendant that Defendant shall have an extension to and including **September 19, 2025,** to answer, move, or otherwise respond to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

Dated: Sept 4, 2025        HKM EMPLOYMENT ATTORNEYS LLP

By: /s/ Michael Arata
MICHAEL ARATA, ESQ.
Nevada Bar No. 11902
marata@hkm.com
HKM EMPLOYMENT ATTORNEYS LLP
101 Convention Center Drive, Suite 600
Las Vegas, Nevada 89109
Tel: (702) 577-3029
Fax: (702) 577-3029
*Attorneys for Plaintiff Yeremia Nakhaima*

Dated: September 3, 2025

CSAA INSURANCE SERVICES, INC.

By: /s/ Lisa A. Costello
Lisa A. Costello
Nevada Bar No. 6260
Lisa.costello@csaa.com
Curriden & Associates
7201 W. Lake Mead Blvd., Ste 580
Las Vegas, NV 89128
Telephone: 510-407-2872
Facsimile: 702-870-2882
*Attorneys for Defendant CSAA INSURANCE SERVICES, INC.*

## ORDER

The Court having considered the foregoing stipulation of the Parties, and good cause appearing,

**IT IS HEREBY ORDERED** that the Defendant CSAA INSURANCE SERVICES, INC. shall have until **September 19, 2025,** to answer or otherwise respond to Plaintiff's Complaint.

DATE: September 8, 2025

_____
Honorable Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE