**MICHAEL ARATA, ESQ.**
Nevada Bar No. 11902
E-mail: marata@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
101 Convention Center Dr., Suite 600
Las Vegas, Nevada 89109
Tel: (702) 577-3029
Fax: (702) 577-3029
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| YEREMIA NAKHAIMA, an individual, | Case No. 2:25-CV-01470 |
| Plaintiff, | |
| vs. | |
| CSAA INSURANCE SERVICES, INC., a Foreign Corporation, | |
| Defendant. | |

**<u>ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

Date of Trial Setting: None

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear their own fees and costs.

Dated: October 24, 2025        HKM EMPLOYMENT ATTORNEYS LLP

By /s/ Michael Arata
MICHAEL ARATA, ESQ.
Nevada Bar No. 11902
marata@hkm.com
101 Convention Center Drive #600

1

|   |   |
|---|---|
|   | Las Vegas, Nevada 89109 |
|   | Tel: (702) 577-3029 |
|   | Fax: (702) 577-3029 |
|   | *Attorneys for Plaintiff Yeremia Nakhaima* |

Dated: October 24, 2025      CURRIDEN & ASSOCIATES

By *Lisa A. Costello*
LISA A. COSTELLO, ESQ.
Nevada Bar No. 6260
Lisa.costello@csaa.com
7201 W. Lake Mead Blvd. #580
Las Vegas, NV 89128
Telephone: 510-407-2872
Facsimile: 702-870-2882
*Attorneys for Defendant CSAA INSURANCE SERVICES, INC.*

## **ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby

ORDERED, ADJUDGED AND DECREED that the above-captioned matter is dismissed with prejudice, each party to bear their own fees and costs.

DATE: October 27, 2025

_____
Honorable Miranda M. Du
UNITED STATES DISTRICT JUDGE